UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA LISEWSKI | CIVIL ACTION |
| VERSUS | NO. 11-1411 |
| ST. TAMMANY PARISH HOSPITAL, DISTRICT NO. 1 | SECTION "N" (3) |

## **ORDER AND REASONS**

**IT IS ORDERED** that Defendant's "Motion in Limine to Exclude the Testimony and Documents Regarding Elizabeth Allee" (Rec. Doc. 28) is **GRANTED**. The Court finds that the testimony and documents are irrelevant, as outlined in Defendant's Memorandum in Support of the motion (Rec. Doc. 28-1).

**IT IS ORDERED** that Defendant's "Motion in Limine to Exclude the Video of the Plaintiff's Surgery" (Rec. Doc. 27) is **DENIED**. The Court finds that the video is relevant, as outlined in the Plaintiff's Memorandum in Opposition to the motion (Rec. Doc. 31).

New Orleans, Louisiana, this 13th day of June, 2012.

_____
**KURT D. ENGELHARDT**
**United States District Judge**